IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **TRAVELERS INDEMNITY COMPANY**<br>**OF MISSOURI,** | )<br>)<br>) | |
| **Plaintiff.** | )<br>) | |
| v. | )<br>) | Case No. 04-225-CV-W-GAF |
| **ADAME AND ASSOCIATES OF K.C., L.L.P.,**<br>**DOUBLE A ROOFING, INC., GLENDA ADAME**<br>**and ALFREDO ADAME,** | )<br>)<br>)<br>) | |
| **Defendants.** | ) | |

## ORDER

Presently before the Court is a Motion for Partial Summary Judgment filed by the Plaintiff, Travelers Indemnity Company of Missouri ("Travelers"). (Doc. #45). This Motion for Partial Summary Judgment address Counts II, III, and V of Travelers' complaint. Travelers asserts eight claims in its complaint: (1) Civil RICO Action arising under 18 U.S.C. § 1964 against all Defendants[1]; (2) Declaratory Judgment against all Defendants; (3) Breach of Contract against Adame & Associates, Glenda Adame and Alfredo Adame; (4) Unjust Enrichment against Adame & Associates, Glenda Adame and Alfredo Adame; (5) Breach of Contract against Double A Roofing, Inc.; (6) Unjust Enrichment against Double A Roofing, Inc.; (7) Negligent Misrepresentation against all Defendants; and (8) Intentional Misrepresentation against all Defendants. (Doc. #1).

---

[1] Adame and Associates of K.C., L.L.P., Double A Roofing, Inc., Glenda Adame, Alfredo Adame are collectively referred as "Defendants."

1

In this Motion for Partial Summary Judgment, Travelers seeks to have the Court find as a matter of law that, for purposes of the declaratory judgment claim it asserted in Count II of the complaint, the "partners" of Adame & Associates are actually statutory employees that may not opt out of worker's compensation insurance coverage. (Doc. #45). Travelers further requests that the Court enter judgment in its favor on its breach of contract claims asserted in Counts III and V, for a judgment against Adame & Associates, Glenda Adame, and Alfredo Adame for $354,786, plus pre-judgment interest at nine percent under V.A.M.S. § 408.020, and for a judgment against Double A Roofing, Glenda Adame, and Alfredo Adame for $158, 810, plus pre-judgment interest at nine percent under V.A.M.S. § 408.020.

The Defendants failed to timely oppose this Motion. Consequently, on September 16, 2005, this Court ordered the Defendants to show cause within fifteen days of the date of that Order why Travelers' Motion for Partial Summary Judgment should not be granted. (Doc. #47). Accordingly, the Defendants' response to this Order to Show Cause was due on October 1, 2005. On October 3, 2005, the Defendants responded seeking additional time to file an opposition to this Motion. (Doc. #48). The Court granted the Defendants' request for additional time and ordered the Defendants to file their opposition by October 21, 2005. (Doc. #49). The Defendants again failed to file a timely opposition to this Motion. The Court issued a second Order to Show Cause on October 26, 2005, directing the Defendants to show cause within fifteen days of the date of the Order why Travelers' Motion for Partial Summary Judgment should not be granted. (Doc. #50). The Defendants failed to respond to this second Order to Show Cause.

Accordingly, Travelers' Motion for Partial Summary Judgment is GRANTED. This Court HEREBY FINDS as a matter of law that the "partners" of Adame & Associates are actually statutory

employees that may not opt out of worker's compensation insurance coverage for purposes of Count II.

Furthermore, the Court HEREBY FINDS in favor of the Plaintiff, Travelers Indemnity of Missouri, and against the Defendants, Adame & Associates of K.C., L.L.P., Glenda Adame and Alfredo Adame, on Count III of the complaint. With respect to this Count, damages are awarded in favor of the Plaintiff, Travelers Indemnity of Missouri, and against the Defendants, Adame & Associates of K.C., L.L.P., Glenda Adame and Alfredo Adame, in the amount of $354,786, plus pre-judgment interest at nine percent (9%) pursuant to V.A.M.S. 408.020.

Finally, the Court HEREBY FINDS in favor of the Plaintiff, Travelers Indemnity of Missouri, and against the Defendants, Double A Roofing, Inc., Glenda Adame and Alfredo Adame, on Count V of the complaint. With respect to this Count, damages are awarded in favor of the Plaintiff, Travelers Indemnity of Missouri, and against the Defendants, Double A Roofing, Inc., Glenda Adame and Alfredo Adame, for $158,810, plus pre-judgment interest at nine percent (9%) pursuant to V.A.M.S. 408.020.

**IT IS SO ORDERED.**

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: November 17, 2005