**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF MISSOURI, | ) ) ) |
| Plaintiff. | ) ) |
| v. | ) Case No. 04-225-CV-W-GAF ) |
| ADAME AND ASSOCIATES OF K.C., L.L.P., DOUBLE A ROOFING, INC., GLENDA ADAME and ALFREDO ADAME, | ) ) ) ) |
| Defendants. | ) ) |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that

pursuant to this court's court order of November 18, 2005 that the Court HEREBY FINDS in favor of the Plaintiff, Travelers Indemnity of Missouri, and against the Defendants, Double A Roofing, Inc., Glenda Adame and Alfredo Adame, on Count V of the complaint. With respect to this Count, damages are awarded in favor of the Plaintiff, Travelers Indemnity of Missouri, and against the Defendants, Double A Roofing, Inc., Glenda Adame and Alfredo Adame, for $158,810, plus pre-judgment interest at nine percent (9%) pursuant to V.A.M.S. 408.020.

    **IT IS FURTHER ORDERED AND ADJUDGED that**

Counts One, Four, Six, Seven and Eight against defendants Adame & Associates and Double A Roofing are dismissed with prejudice.


| April 10, 2006 | Patricia L. Brune |
|---|---|
| Date | Clerk |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |